Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

FILED
2025 FEB 21  AM 10: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH, JR., <br><br> Plaintiff, <br><br> vs. <br><br> PENN CREDIT CORPORATION, <br><br> Defendant. | CASE NO.: <br> 2:25-CV-01483-MWF(ASx) <br><br> **COMPLAINT FOR DAMAGES, NOTICE OF RIGHTS** |

## I. INTRODUCTION

1. Plaintiff, Artis-Ray: Cash Jr., brings this action against Defendant, Penn Credit Corporation ("Penn Credit"), for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 et seq.

2. Plaintiff seeks statutory damages, actual damages, costs, and attorney's fees for Defendant's violations of the FDCPA and RFDCPA.

## II. JURISDICTION AND VENUE

1

**COMPLAINT FOR DAMAGES, NOTICE OF RIGHTS**

3. Jurisdiction is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331, as this action arises under the laws of the United States. Supplemental jurisdiction over state law claims is proper pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events giving rise to this action occurred within this district, and Defendant regularly conducts business in California.

### III. PARTIES

5. Plaintiff, Artis-Ray: Cash Jr., is a natural person residing in Los Angeles, California, and is a "consumer" as defined by 15 U.S.C. § 1692a(3) and Cal. Civ. Code § 1788.2(h).

6. Defendant, PennCredit Corporation, is a Pennsylvania corporation engaged in debt collection and is a "debt collector" as defined by 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c).

### IV. FACTUAL ALLEGATIONS

7. On or about November 24, 2021, Defendant sent Plaintiff a collection letter regarding an alleged debt owed to the Louisiana Department of Revenue.

8. The letter contained multiple violations of the FDCPA and RFDCPA (see Exhibit A), including but not limited to:

a. Failure to provide required disclosures under 15 U.S.C. § 1692g(a), including Plaintiff's right to dispute the debt within 30 days.

b. A false and misleading statement implying that failure to respond constituted an admission of liability, in violation of 15 U.S.C. § 1692g(c) and § 1692e(10).

c. Failure to clearly disclose accruing interest, in violation of 15 U.S.C. § 1692e(2)(A).

d. Misrepresentation regarding legal review, in violation of 15 U.S.C. § 1692e(3).

9. Plaintiff did not discover these violations until February 17, 2025, when Plaintiff reviewed the letter and consulted with legal counsel.

10. Plaintiff asserts the **discovery rule** applies, as Plaintiff did not and could not have reasonably discovered the violations at the time the letter was received due to Defendant's misleading and deceptive conduct.

11. As a result of Defendant's conduct, Plaintiff suffered actual damages, including emotional distress and anxiety related to deceptive collection practices.

## V. CAUSES OF ACTION

**COUNT 1 – VIOLATIONS OF THE FDCPA (15 U.S.C. § 1692 et seq.)**

12. Plaintiff incorporates the foregoing paragraphs as though fully set forth herein.

13. Defendant violated the FDCPA by:

a. Failing to provide proper dispute and validation rights as required under 15 U.S.C. § 1692g(a).

b. Falsely implying that silence constituted an admission of debt, in violation of 15 U.S.C. § 1692g(c) and § 1692e(10).

c. Misrepresenting the amount of the alleged debt by failing to properly disclose interest accrual, in violation of 15 U.S.C. § 1692e(2)(A).

d. Misrepresenting legal involvement in the collection process, in violation of 15 U.S.C. § 1692e(3).

**COMPLAINT FOR DAMAGES, NOTICE OF RIGHTS**

14. Defendant's conduct was intentional and in reckless disregard of Plaintiff's rights.

**COUNT 2 – VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (Cal. Civ. Code § 1788 et seq.)**

15. Plaintiff incorporates the foregoing paragraphs as though fully set forth herein.

16. Defendant's violations of the FDCPA also constitute violations of the RFDCPA, as California law incorporates the FDCPA's requirements.

17. Defendant's conduct caused Plaintiff harm, including stress and emotional distress.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

1. Statutory damages of $1,000 under 15 U.S.C. § 1692k(a)(2)(A).

2. Actual damages under 15 U.S.C. § 1692k(a)(1).

3. Statutory damages under Cal. Civ. Code § 1788.30(b).

4. Attorney's fees and costs under 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code § 1788.30(c).

5. Any other relief the Court deems just and proper.

## VII. JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 02/21/2025

*Artis Ray Cash Jr.*
Artis-Ray: Cash Jr.
IN PRO PER

1  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
2  knowledge, information, and belief that this complaint: (1) is not being presented for an improper
3  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
4  (2) is supported by existing law or by a non frivolous argument for extending, modifying, or
5  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
6  identified, will likely have evidentiary support after a reasonable opportunity for further
7  investigation or discovery; and (4) the complaint otherwise complies with the requirements of
8  Rule 11.
9  I agree to provide the Clerk's Office with any changes to my address where case-related papers
10  may be served. I understand that my failure to keep a current address on file with the Clerk's
11  Office may result in the dismissal of my case.

Dated: 02/21/2025

Artis-Ray: Cash Jr.

IN PRO PER

**COMPLAINT FOR DAMAGES, NOTICE OF RIGHTS**

# NOTICE

To whomever it may concern, this document is tangible proof and evidence beyond reasonable doubt that I Artis Ray Cash Jr., am fully aware of the bill of rights, my civil rights, my constitutional rights and above all my natural rights as a Human being. I deem any and all contracts connected to me null and void. Meaning that if at any time in the past I inadvertently waived my rights, surrendered my rights, or in any way lessened my status through a contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices. I am fully responsible and liable. I overstand that I am the Grantor and Beneficiary of ALL my proceedings whether they be legal, lawful, unlawful or civil. I demand that no-one presume that I am anything other than what I officially claim to be. ANY and all persons, corporations, organizations and government agencies who violate any single one of these rights are required to pay me in the USD amount of whatever I deem necessary. You are hereby bound to Inform all of your superiors and subordinates who may have future interactions with me or my person. If there is something you do not understand clearly, it is incumbent on you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this document as per your duties and obligations in respect to this private formal instrument. Please write to me back with any questions, comments or concerns you may have. You have 21 days to reply. Acquiesce applies. During the signing of this document I hereby testify this binding and unbreakable in the presence of God and Men.

Sincerely,

*/s/ Artis Ray Cash Jr.*

# PennCredit Corporation

2800 Commerce Drive Harrisburg PA 17110
Hours: Mon-Thur 8am-10pm EST
Fri 8am-8pm, Sat 8am-12pm EST
Phone: 800-900-1360

**EXHIBIT A**

NOTICE OF COLLECTION
11/24/2021

CREDITOR: Louisiana Dept of Revenue
ID NUMBER: C0000481
TOTAL BALANCE DUE: $1,179.39

ACA INTERNATIONAL
The Association of Credit and Collection Professionals

## REQUEST FOR PAYMENT

Failure to contact our office leads us to believe that you do not have intentions of resolving your just debt.

If you are unable to pay in full, settlements and/or payment arrangements may be available. We will do our best to work with you.

Please go online to http://account.penncredit.com or send payment in full in the enclosed envelope. Please note the amount referenced above does not include accruing interest. For current balance or payoff please call our office at the number listed above.

This letter is from a debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

| SERVICE RENDERED | | SERVICE DATE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|---|
| STATE OF LOUISIANA TAXES | INDIVIDUAL INCOME | 2004/12/31 | 000001184841975 | $316.53 |
| STATE OF LOUISIANA TAXES | INDIVIDUAL INCOME | 2006/12/31 | 000001184841975 | $241.50 |
| STATE OF LOUISIANA TAXES | INDIVIDUAL INCOME | 2005/12/31 | 000001184841975 | $621.36 |

**California:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 am or after 9 pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

---

DETACH AND RETURN WITH PAYMENT TO EXPEDITE CREDIT TO YOUR ACCOUNT

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

CARD NUMBER         AMOUNT
SIGNATURE           EXP DATE

PO Box 69703
Harrisburg, PA 17106-9703

For questions, place call 800-900-1360
Visit http://account.penncredit.com to pay your bill online

Payments received by check will be electronically deposited, unless you pay by non-consumer type check. You may opt out of this program by paying with a money order or a travelers check. In the unlikely event your check (payment) is returned unpaid, we may elect to electronically (or by paper draft) re-present your check payment) up to two more times. You also understand and agree that we may collect a return processing charge by the same means, in an amount not to exceed that as permitted by state law.

ID NUMBER: C0000481        11/24/21

Our Office Address Is:
PENN CREDIT
2800 Commerce Drive
PO Box 69703
Harrisburg, PA 7106-9703

ARTIS R CASH
PO BOX 151924
LOS ANGELES CA 90015-8924

159920-FAD21-25